**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GEORGE UNDERWOOD, Inmate #N84081,**           )<br>)<br>       **Petitioner,**          )<br>)<br>**vs.**            )<br>)<br>**PEOPLE OF THE STATE OF ILLINOIS,**   )<br>)<br>       **Respondent.**          ) | **CIVIL NO. 05-396-JLF** |

**ORDER**

**FOREMAN, District Judge:**

Petitioner initiated this action by filing a hand-written document entitled "Application for Writ of Habeas Corpus" pursuant to 28 U.S.C. § 2254.  Plaintiff's petition is not prepared on the forms required in this district.  Consequently, plaintiff's instant petition shall be stricken for non-compliance with Local Rule 8.1.  Should plaintiff wish to refile his complaint within the allotted time, it must be on this Court's required forms.

**IT IS HEREBY ORDERED** that plaintiff's petition is **STRICKEN** for non-compliance with Local Rule 8.1.  Plaintiff is **GRANTED** leave to refile his petition on the appropriate forms in compliance with this order within **THIRTY (30) DAYS** of entry of this order.  The Clerk is **DIRECTED** to provide plaintiff with a sufficient number of the appropriate forms.

**IT IS FURTHER ORDERED** that any new complaint filed by plaintiff that is not in strict compliance with this order shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that upon conclusion of the thirty-day period, should plaintiff fail to refile his complaint, this case will be closed for failure to comply with an order of this Court.

Fed.R.Civ.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED: June 17, 2005.**

<u>*s/ James L. Foreman*</u>
**DISTRICT JUDGE**