IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE UNDERWOOD, Inmate #N84081, | )<br>)<br>) |
| Petitioner, | )<br>) CIVIL NO. 05-396-JLF |
| vs. | )<br>) |
| PEOPLE OF THE STATE OF ILLINOIS, | )<br>) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Petitioner, a prisoner proceeding *pro se*, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Despite correspondence from the Clerk, Petitioner has not yet paid the $5 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

**IT IS HEREBY ORDERED** that, within **THIRTY (30) DAYS** of the date of the entry of this order, Petitioner shall pay the $5 filing fee applicable to this action. In the alternative, Petitioner may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets. Petitioner is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Petitioner's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Petitioner is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Petitioner

is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Petitioner fail to comply with this order, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED: August 12, 2005,**


                                                       *s/ James L. Foreman*
                                                         **DISTRICT JUDGE**