IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE UNDERWOOD,** | ) |
| Petitioner, | ) |
| V. | ) Civil No. **05-396-JLF** |
| **ALAN UCHTMAN,** | ) |
| Respondent. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is petitioner Underwood's "Motion for Relief from Judgment." **(Doc. 10).** The subject "motion" is actually a brief in support of the petition for writ of habeas corpus.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall have the docket reflect that petitioner's "Motion for Relief from Judgment" **(Doc. 10)** is <u>not</u> a motion; rather, it is a brief in support of the petition **(Doc. 9)**.

**IT IS SO ORDERED.**

**DATED: February 8, 2006**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1