IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE UNDERWOOD, ) | |
| ) | No. 05-396-JLF |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALAN UCHTMAN, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is respondent's Motion to substitute the named respondent for the current warden of Menard Correctional Center, Don Hulick. **(Doc. 48).** For good cause shown, the subject motion **(Doc. 48)** is **GRANTED**. The Clerk of Court shall have the record reflect that Don Hulick is substituted for Alan Uchtman as respondent in this action.

**IT IS SO ORDERED.**

**DATED: June 14, 2006**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**