IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE UNDERWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Case No. 05-396-JLF |
| ) | |
| ALAN UCHTMAN, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

**PROUD, Magistrate Judge:**

A review of the record reveals confusion about the most basic aspect of this action, what document constitutes the petition for writ of habeas corpus under review. Therefore, the record must be sorted out before the Court can even begin to address the merits of petitioner Underwood's petition.

Two documents captioned "Amended Motion for Writ of Habeas Corpus" were filed by petitioner Underwood **(Docs. 6 and 7)**, as well as a petition on the Court's form **(Doc. 9)**. The threshold order granting petitioner pauper status does not indicate which document was considered to be the petition at issue. **(Doc. 14).** However, the threshold order indicates that the named respondent is (mistakenly) the People of the State of Illinois, which makes clear that the threshold order was not directed to the third-filed of the three documents, the form petition **(Doc. 9)**. The chronology of events reflected in the docket, including a June 17, 2005, order that directed Underwood to file an amended petition **(Doc. 5)**, makes clear that the first-filed document **(Doc. 6)**

was not the subject of the threshold order.  Therefore, this Court concludes that the second-filed document **(Doc. 7)** was the subject of the threshold review.  With that said, petitioner Underwood clearly intended to amend his petition with the last-filed document **(Doc. 9)**, despite not seeking leave to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall **STRIKE** the "Amended Motion for Writ of Habeas Corpus" filed June 8, 2005 **(Doc. 6)**.

**IT IS FURTHER ORDERED** that the record shall reflect that the Court's September 20, 2005, threshold order **(Doc. 14)** is directed to the June 20, 2005, "Amended Motion for Writ of Habeas Corpus" **(Doc. 7)**.

**IT IS FURTHER ORDERED** that, as of this date, the form "Petition for Writ of Habeas Corpus" filed July 18, 2005, **(Doc. 9)** is the controlling petition.  Respondent's pending motion to dismiss **(Doc. 20)** is directed to the July 18, 2005, petition, so respondent need not file a further responsive pleading at this juncture.

**IT IS SO ORDERED.**

DATED:  June 14, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
